# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

142923

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MICHAEL SHAWN JARVIS,
       Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142923
COA: 295444
Emmet CC: 09-003137-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

y0921